IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   DELOMA D. GAY, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| v. | ) | CIV-15-148-FHS |
| | ) | |
| 1.   METWEST, INC., d/b/a QUEST | ) | |
|       DIAGNOSTICS INC., a/k/a | ) | |
|       DIAGNOSTIC LABORATORY | ) | |
|       OF OKLAHOMA, | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
|         Defendant. | ) | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Deloma D. Gay, hereby stipulates with the Defendant, Metwest, Inc., d/b/a Quest Diagnostics Inc., a/k/a Diagnostic Laboratory of Oklahoma, that her claims in the above styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 27th DAY OF JANUARY, 2016.**

s/ Jana B. Leonard
JANA B. LEONARD, OBA #17844
SHANNON C. HAUPT, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

 s/ Nathan L. Whatly
(Signed with permission)
Nathan L. Whatley, OBA #14601
McAfee & Taft
A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
(405) 235-9621	(telephone)
(405) 235-0439	(facsimile)
nathan.whatley@mcafeetaft.com
*Counsel for Defendant*